PHILLIP A. TALBERT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

FEB 2 3 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>2943 Logansport Way, Sacramento, California;<br>5461 Elderdown Way, Sacramento, California;<br>Gold 1999 Chevrolet Tahoe With License Plate Ca 7TIN649 | 2:17-sw-0139 AC<br><br>[~~PROPOSED~~] ORDER TO PARTIALLY UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed. Consistent with the Court's order permitting filing of partially redacted affidavits supporting the complaints, the affidavit supporting the above-captioned search warrants may be filed in partially redacted form.

Dated: 2/23/17

_____
The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE